1200

No. 12–8058. JIMENEZ v. LEE, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 12–8063. MURRAY v. JOHN D. DINGLE VETERANS HOSPITAL MEDICAL CENTER ET AL. C. A. 6th Cir. Certiorari denied.

No. 12–8065. MELLERSON v. UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 12–8069. GONZALEZ-AGUILERA v. PREMO, SUPERINTENDENT, OREGON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.

No. 12–8085. WILLIAMS v. HEATH, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 12–8086. WILSON v. ARKANSAS. C. A. 8th Cir. Certiorari denied.

No. 12–8087. WHITE v. EPPS, COMMISSIONER, MISSISSIPPI DEPARTMENT OF CORRECTIONS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 12–8116. LE v. LONG, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 12–8138. LANCASTER v. HOUSTON. Sup. Ct. Nev. Certiorari denied. 

No. 12–8151. ELMER v. FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied. 

No. 12–8159. DOMBOS v. JANECKA, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied. 
██

No. 12–8168. ESTEY v. CREWS, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 12–8172. BUSH v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ET AL. C. A. 11th Cir. Certiorari denied.